UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

VINNY'S LANDSCAPING, INC. d/b/a San Marino
Outdoor Services, a Michigan corporation, individually
and as the representative of a class of similarly-situated
persons,

      Plaintiff,

vs.

KLOCHKO EQUIPMENT RENTAL COMPANY,
INC., WACKER NEUSON CORPORATION,
WACKER NEUSON LOGISTICS AMERICAS LLC,
WACKER NEUSON PRODUCTION AMERICAS
LLC, WACKER NEUSON SALES AMERCIAS LLC,
and JOHN DOES 1-10,

      Defendants.

Case No. 2:16-cv-10846-SJM

Hon. Stephen J. Murphy, III

---

## **APPEARANCE OF DAVID R. KONKEL**

David R. Konkel of the law firm of Godfrey & Kahn S.C. hereby enters his appearance on behalf of Defendants Wacker Neuson Corporation, Wacker Neuson Logistics America LLC, Wacker Neuson Production Americas LLC, and Wacker Neuson Sales Americas LLC in the above-captioned matter.

      Respectfully submitted,

      GODFREY & KAHN
      Attorneys for Defendants Wacker Neuson
      Corporation, Wacker Neuson Logistics Americas
      LLC, Wacker Neuson Production Americas LLC
      and Wacker Neuson Sales Americas LLC

      By: */s/David R. Konkel*
           David R. Konkel
      Business Address, Telephone, and E-mail
        833 East Michigan Street
DATED:  November 22, 2016      Suite 1800
        Milwaukee, WI 53202-5615
        414-273-3500
        dkonkel@gklaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                  */s/ David R. Konkel*
                                  Godfrey & Kahn, S.C.
                                  David R. Konkel
                                  833 East Michigan Street
                                  Suite 1800
                                  Milwaukee, WI 53202-5615
                                  414-273-3500
                                  dkonkel@gklaw.com

16442934.1